UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL DIAZ, | |
| Plaintiff, | 26 CIVIL 10731 (LTS) |
| -against- | 25 CIVIL 10733 (LTS) |
| LOUIS LOPEZ, ET AL., | |
| Defendants. | **CIVIL JUDGMENT** |
| MIGUEL DIAZ, | |
| Plaintiff, | |
| -against- | |
| HON. LEWIS LIMAN, ET AL., | |
| Defendants. | |

For the reasons stated in the May 7, 2026, bar order, both actions are dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:   May 8, 2026
            New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge